**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Valentino Nunes

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO NUNES,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES; AND, RADIUS GLOBAL SOLUTIONS LLC,<br><br>Defendants. | **Case No.:** 2:26-cv-00150-DJC-SCR<br><br>**PROOF OF SERVICE OF SUMMONS RE: DEFENDANT U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES**<br><br>**HON. DANIEL J. CALABRETTA** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:26-cv-00150-DJC-SCR                     *Nunes v Citibank, et al.*

**PROOF OF SERVICE OF SUMMONS RE: DEFENDANT U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES**

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of California

Case Number: 2:26-CV-00150-DJC-SCR

Plaintiff:
**Valentino Nunes**

vs.

Defendant:
**Citibank, N.A.**

For:
Matthew M. Loker, Esq.
Loker Law, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

Received by Sano Attorney Service to be served on **U.S. Bank National Association, 1010 Dale Street N, Saint Paul, MN 55117**.

I, Paige Wain, do hereby affirm that on the **29th day of January, 2026** at **1:19 pm, I**:

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons; Complaint; Civil Case Sheet; Initial Case Management Order; Notice of Availability Voluntary Dispute Resolution; Magistrate Judge Consent in Civil Cases: Know Your Rights; Standing Order in Civil Cases** to: **CT Corporation System, Agent for Service Bob Gustafson Intake Specialist,** at the address of: **1010 Dale Street N, Saint Paul, MN 55117,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.


**Paige Wain**

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2026000549
Ref: Nunes v. Citibank, N. A.
Service Fee: $167.00

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e