BUCHALTER LLP
DOUGLAS C. STRAUS (SBN: 96301)
BRIAN A. WEIKEL (SBN: 359632)
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: dstraus@buchalter.com
        bweikel@buchalter.com

Attorneys for Defendant
U.S. BANK N.A. sued herein as
U.S. BANK, NATIONAL ASSOCIATION
d/b/a ELAN FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINO NUNES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.; U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES; AND RADIUS GLOBAL SOLUTIONS LLC,<br><br>    Defendants. | Case No.:    2:26-cv-00150-DJC-SCR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Having considered the Stipulation to Extend Time for Defendant U.S. Bank N.A. sued herein as "U.S. Bank, National Association d/b/a Elan Financial Services" ("Defendant") to Respond to the Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for Defendant to answer, move, object, or otherwise respond to Plaintiff Valentino Nunes' Complaint is extended up through and including March 12, 2026.

Dated:  February 19, 2026          /s/ Daniel J. Calabretta
                                   _____
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT