**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VALENTINO NUNES,** | **Case No.:** 2:26-cv-00150-DJC-SCR |
| Plaintiff, | **ORDER** |
| v. | **HON. DANIEL J. CALABRETTA** |
| **CITIBANK, N.A.; U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES; AND, RADIUS GLOBAL SOLUTIONS LLC** | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant CITIBANK, N.A. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  June 16, 2026        /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

CASE NO.: 2:26-cv-00150-DJC-SCR                                    *Nunes v Citibank, N.A., et al.*
ORDER