BUCHALTER LLP
DOUGLAS C. STRAUS (SBN: 96301)
BRIAN A. WEIKEL (SBN: 359632)
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: dstraus@buchalter.com
bweikel@buchalter.com

Attorneys for Defendant
U.S. BANK N.A. sued herein as
U.S. BANK, NATIONAL ASSOCIATION
d/b/a ELAN FINANCIAL SERVICES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VALENTINO NUNES,

Plaintiff,

vs.

CITIBANK, N.A.; U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES; AND RADIUS GLOBAL SOLUTIONS LLC,

Defendant.

CASE NO. 2:26-cv-00150-DJC-SCR

**STIPULATION FOR CONTINUANCE OF DISCOVERY DEADLINES AND ORDER**

## STIPULATION

Plaintiff Valentino Nunes ("Plaintiff"), Defendant U.S. Bank N.A. (sued herein as "U.S. Bank, National Association d/b/a Elan Financial Services") ("U.S. Bank"), and Defendant RADIUS GLOBAL SOLUTIONS LLC ("RGS") (collectively, the "Parties"), by and through their undersigned counsel, in order to facilitate the meaningful exchange of documents and explore resolution of all claims through mediation before becoming obligated to disclose expert information, hereby stipulate to continue the following deadlines:

1. Initial expert disclosures and report deadline from September 18, 2026 to

November 13, 2026;

2. Joint mid-discovery statement from September 25, 2025 to November 18, 2026;
3. Rebuttal testimony and reports from October 19, 2026 to December 14, 2026; and
4. Expert discovery cutoff from November 20, 2026 to January 20, 2027.
5. The percipient witness and written discovery cutoff date of December 18, 2026 is unchanged.

THEREFORE, the Parties hereby stipulate and agree to, and respectfully request, an order continuing the discovery deadlines referenced above.

DATED: September 28, 2026

LOKER LAW, APC

By: */s/ Scott Plescia*
MATTHEW LOKER
SCOTT PLESCIA
Attorneys for Plaintiff
VALENTINO NUNES

DATED: September 28, 2026

BUCHALTER LLP

By: */s/ Brian A. Weikel*
DOUGLAS C. STRAUS
BRIAN A. WEIKEL
Attorneys for Defendant
U.S. BANK N.A.

DATED: September 22, 2026

SESSIONS, ISRAEL & SHARTLE, L.P.P.

By: */s/ James K. Schultz*
JAMES K. SCHULTZ
Attorneys for Defendant
RADIUS GLOBAL SOLUTIONS

## ORDER

The Court, having reviewed the stipulation of the Parties and finding good cause, hereby issues the following Order:

**IT IS HEREBY ORDERED THAT** the following discovery deadlines are continued as follows:

1. Initial expert disclosures and report deadline from September 18, 2026 to November 13, 2026;
2. Joint mid-discovery statement from September 25, 2025 to November 18, 2026;
3. Rebuttal testimony and reports from October 19, 2026 to December 14, 2026; and
4. Expert discovery cutoff from November 20, 2026 to January 20, 2027.
5. The percipient witness and written discovery cutoff date of December 18, 2026 is unchanged.

**IT IS SO ORDERED.**

Dated: September 25, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE